SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7223
Facsimile: (415) 437-7234
E-mail: Barbara.Silano@usdoj.gov

**SEALED BY COURT ORDER**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**MMC**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR: 07 0645 |
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO SEAL INDICTMENT AND ARREST WARRANT AND [PROPOSED] ORDER |
| RONALD WILLIAMS, BARRY LYNN SAMUEL, a.k.a Samuel Jacques, a.k.a. Lynn, a.k.a. Nephew, JOSE JUAN PEÑALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa, ELEAZAR MORA-ARCIGA, a.k.a. Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo, a.k.a. Chaparro, SALVADOR ORTEGA, a.k.a. Funky, a.k.a. Chavita, a.k.a. Primo, CARLOS GUERRERO-ELENES, a.k.a C Los, MIGUEL RAMIREZ, HUMBERTO CEJA-BARAJAS, a.k.a. Beto, SAMUEL ARANDA, RONALD LEE HINES, CESAR RAMIREZ-CHAVIRA, (Continued) | **UNDER SEAL OF COURT** |

FILED
07 OCT 11 PH 3:27

| | |
|---|---|
| 1 |     a.k.a. Cesar Chavea, a.k.a. Jose Manzo,  )    (Continued) |
| 2 | ERIKA MANZO,  ) |
| 3 | JAVIER ULISES ZAMORA-HERNANDEZ,  ) |
| 4 |     a.k.a. Patron, a.k.a. Bulis, a.k.a. Ulys, a.k.a. Ulyses,  ) |
| 5 | LUIS MANUEL CUEVAS-MEDINA,  ) |
|  |     a.k.a. Luis Manuel Cuevas,  ) |
| 6 | MICHAEL JOSEPH SILVA,  ) |
|  |     a.k.a. Michael Silva,  ) |
| 7 | LARRY BISHOP,  ) |
|  | EDWARD LEROY MOORE,  ) |
| 8 |     a.k.a. Eddie Mo,  ) |
|  | JOSE ANTONIO CAMACHO-MENDEZ,  ) |
| 9 | EVERARDO CAMACHO-MENDEZ,  ) |
| 10 |     a.k.a. Beyi,  ) |
|  | TRESYLIAN REDD,  ) |
| 11 |     a.k.a. Tresylian Eugene Redd, a.k.a. T,  ) |
| 12 | ALFREDO GONZALES GOVEA,  ) |
|  |     a.k.a. Jomito,  ) |
| 13 | SERGIO GIL VASQUEZ,  ) |
|  |     a.k.a. Sergio Gil,  ) |
| 14 | SARAH ARANDA ROPATI,  ) |
| 15 |     Defendants.  ) |

18  The United States hereby moves the Court for an order sealing this Motion, the
19  Indictment, and Arrest Warrants, and this Sealing Order until further order of the Court. The
20  United States believes that disclosure of this Motion, the Indictment, Arrest Warrants, and this
21  Sealing Order may cause the subject of the indictment to flee, destroy evidence and/or make
22  efforts to conceal on-going criminal activity, jeopardizing the progress of its on-going
23  investigation and the arrest of the defendants. The United States further requests that a copy of
24  the Indictment and Arrest Warrants be provided to agents of the Drug Enforcement
25  Administration, Federal Bureau of Investigation, Immigration and Customs Enforcement,
26  ///
27  ///
28  ///

1  and any other federal, state or local officers assisting in this investigation so that the
2  warrants may be served at the appropriate time in the investigation.

4  DATED: October 11, 2007              Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                        /s/ Barbara Silano
                                        BARBARA SILANO
                                        Assistant United States Attorney

### ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion, the Indictment, Arrest Warrants, and this Sealing Order shall be sealed until further order of the Court, except that a copy of the Indictment and Arrest Warrants shall be provided to agents of the Drug Enforcement Administration, Federal Bureau of Investigation, Immigration and Customs Enforcement, and any other federal, state or local officers assisting in this investigation for use in their investigation.

DATED: October 11, 2007

                                        EDWARD M. CHEN
                                        United States Magistrate Judge