ORIGINAL

1 | SCOTT N. SCHOOLS (SCBN 0999)
United States Attorney

2

BRIAN J. STRETCH (CSBN 163973)
3 | Chief, Criminal Division

4 | BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

5

    450 Golden Gate Avenue
6 | San Francisco, Ca. 94102
Tel: (415) 436-7223

7

Attorneys for Plaintiff

8

FILED

OCT 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,      )      No. CR- 07-0645 MMC
                                   )
13 |              Plaintiff,        )      -[PROPOSED] ORDER TO UNSEAL
                                   )
14 |         v.                     )
                                   )      SAN FRANCISCO VENUE
15 | IN RE COURT AUTHORIZED        )
    ELECTRONIC SURVEILLANCE       )
16 | _____ )

17 |        GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the following

18 | applications and orders authorizing electronic surveillance, interim reports, sealing orders, and

19 | motions and orders to postpone inventories are ORDERED unsealed in the cases as follows:

20

| August 18, 2006: CR 06-90331 MISC- PJH |
| October 24, 2006: CR 06-90331 MISC-PJH |
| February 12, 2007: CR 06-90331- PJH |
| May 7, 2007: CR 06-90331 MISC-PJH |
| August 14, 2007: CR 06-90331 MISC-PJH |

21

22

23

24

25

26

27 | HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

28

UNSEALING APPLICATION AND ORDER