IAN G. LOVESETH
Attorney at Law (CSBN 085780)
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00645-MMC |
| Plaintiff, | **EX PARTE APPLICATION TO PERMIT DEFENDANTS IN CUSTODY TO REVIEW DISCOVERY ON MP3 MACHINES; PROPOSED ORDERS** |
| RONALD WILLIAMS, et al, | |
| Defendants. | |

Ian Loveseth, counsel for defendant Sarah A. Ropati, and CJA liaison counsel for all defendants and their counsel in this case, hereby applies for an Order permitting all in-custody defendants to review discovery on an MP3 machine. This application is based on the files and records in this case and the accompanying declaration of counsel.

DATED: March 10, 2008                    /s/ Ian Loveseth
                                         IAN LOVESETH
                                         Counsel for Defendant
                                         SARAH A. ROPATI

1

**DECLARATION OF COUNSEL**

I, Ian Loveseth, declare as follows:

1. I am counsel for Sarah A. Ropati in Untied States vs. Ronald Williams, et al., CR. 07-00645-MMC;

2. I am also liaison CJA counsel in this case;

3. I have been advised by Steven D. Moore, the discovery coordinator in this case, that the discovery consists of approximately 35,000 intercepted wiretap calls on eight (8) different target lines;

4. The defendants in this case must listen to and review the discovery and the most efficient way to provide them with these calls in to put them on MP3s;

5. Accordingly, declarant requests that two Court orders be signed permitting defendants at the Santa Rita Jail and at the Glen Dyer Detention Facility to listen to the discovery on MP3s.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge. Executed in San Francisco on March 10, 2008.

/s/ Ian Loveseth
IAN LOVESETH

2

1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9
    UNITED STATES OF AMERICA     )    No. CR-07-00645-MMC
10                               )
                                 )
11       Plaintiff,               )   [PROPOSED] ORDER PERMITTING
                                 )   DEFENDANTS TO USE MP3
12                               )   AUDIO PLAYERS TO REVIEW
                                 )   DISCOVERY AT SANTA RITA JAIL
13  v.                           )
                                 )
14  RONALD WILLIAMS, et.al.,     )
                                 )   The Honorable Maxine M. Chesney
15                               )
         Defendants.             )
16  _____)

17

///

Proposed Order MP3 Player Santa Rita                                    1

1  Finding good cause shown, as discovery has been provided in digital audio format:

2  IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3

3  player in order to review audio discovery at Santa Rita Jail;

4  BARRY LYNN SAMUEL,

5  ELEAZOR MORA-ARCIGA,

6  SALVADOR ORTEGA,

7  ERIKA MANZO,

8  JAVIER ULISES ZAMORA-HERNANDEZ,

9  ALFREDO GONZALEZ GOVEA,

10 CESAR RAMIREZ-CHAVIRA,

11 MIGUEL RAMIREZ.

13 IT IS SO ORDERED.

15 Dated: _____

   _____
   THE HONORABLE MAXINE M. CHESNEY
   United States District Judge

Proposed Order MP3 Player Santa Rita                                    2

1 | IAN G. LOVESETH (CSBN 085780)
Attorney at Law
2 | 819 Eddy Street
San Francisco, CA
3 | Tel: (415) 771-6174
Fax: (415) 474-3748
4
Attorney for Defendant
5 | SARAH A ROPATI

6                     UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8                          SAN FRANCISCO DIVISION

9
UNITED STATES OF AMERICA           )   No. CR-07-00645-MMC
10                                 )
                                   )
11        Plaintiff,                )   [PROPOSED] ORDER PERMITTING
                                   )   DEFENDANTS TO USE MP3
12                                 )   AUDIO PLAYERS TO REVIEW
                                   )   DISCOVERY AT GLENN DYER
13   v.                             )   DETENTION FACILITY
                                   )
14   RONALD WILLIAMS, et.al.,       )
                                   )   The Honorable Maxine M. Chesney
15                                 )
       Defendants.                  )
16   _____)

17

18

19

20

21

22

23

24

25

26

27
///
28

Proposed Order MP3 Player Glenn Dyer                                      1

Finding good cause shown, as discovery has been provided in digital audio format:

IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3 player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North County);

RONALD WILLIAMS,

JOSE JUAN PENALOZA-HILARIO,

SAMUEL ARANDA,

MICHAEL JOSEPH SILVA,

RONALD LEE HINES,

JOSE ANTONIO CAMACHO-MENDEZ,

EDWARD LEROY MOORE.

IT IS SO ORDERED.

Dated: _____

                                    THE HONORABLE MAXINE M. CHESNEY
                                    United States District Judge