UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: June 18, 2008

Case No. CR-07-0645 MMC                    JUDGE:    **Maxine M. Chesney**

Salvador Ortega(cust) (05);
Miguel Ramirez (cust) (07)
Cesar Ramirez-Chavira (cust)* (11)
_____          Present (X) Not Present ( ) In Custody (X)
              DEFENDANT

                                          Michael Stepanian (Ortega)
                                          Shana Keating (M. Ramirez)
    Barbara Silano                        Martha Boersch (Ramirez-Chavira)
      U.S. ATTORNEY(S)                    ATTORNEY(s)  FOR DEFENDANT(s)


Deputy Clerk: Tracy Lucero                Reporter: Juanita Gonzalez

Spanish Interpreter: Melinda Basker


**PROCEEDINGS**

REASON FOR HEARING   Further Status Conference

RESULT OF HEARING    Counsel for defendants request additional time to review plea agreements
                     with defendants

Case continued to June 19, 2008 at 10:00 a.m.   for Change of Plea(s)

Case continued to _____ for Motions.
                 (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) _____  Begins_____  Ends_____

////////////////////////////////////////////////////////////////////////////////////////////////