UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: AUG 2 7 2008

Case No. CR-07-0645-07 MMC     JUDGE: Maxine M. Chesney

Miguel Ramirez
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

Barbara Silano
U.S. ATTORNEY

Shana Keating
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO     Reporter: Margo Gurule

PROCEEDINGS

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Plea Agreement filed with the Court. Defendant pled guilty to Count 4 of the Indictment

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 12/17/08 @ 2:30 for Judgment & Sentencing
Gov't's motion to Dismiss Remaining Counts)

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(15 min)