UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-00645-7 MMC |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| MIGUEL RAMIREZ, | |
| Defendant. | |

GOOD CAUSE APPEARING: it is hereby ordered that the sentencing hearing previously scheduled for December 18, 2008 at 10:00 a.m. is vacated. The new sentencing date will be February 25, 2009 2008 at 2:30 p.m..

DATED: December 18, 2008

HON. MAXINE M. CHESNEY

United States District Judge